C. H. BROWN, Appellant, v. Frank BARNES et al., Appellees.

Court of Appeals of Kentucky

November 12, 1946.

Otto C. Martin and A. J. Bratcher for appellant.

Woodward, Dawson, Hobson & Fulton and A. D. Kirk for appellee.

Appellant concedes the judgment should be, accordingly it is, affirmed.